UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | CASE No.: 1: 04 CR 430 |
| vs. | ) | ORDER |
| JORGE MARTINEZ, | ) | |
| Defendant. | ) | |

This matter came before the Court for a restitution hearing held on August 23, 2006. The Court adopts the Report and Recommendation of Magistrate Judge David S. Perelman. The Court adopts by reference the Government's Proposed Findings of Fact and Conclusions of Law Re: Restition.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATE: August 31, 2006